IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD LAWRENCE GIACOMA,

        Petitioner,                No. CIV S-05-2494 FCD GGH P

    vs.

M. VEAL, et al.,

        Respondents.          <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Respondents are directed to file a response to petitioner's application within thirty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

/////

1

1        2.  Petitioner's reply, if any, shall be filed and served within thirty days of service

2   of an answer;

3        3.  If the response to petitioner's application is a motion, petitioner's opposition or

4   statement of non-opposition shall be filed and served within thirty days of service of the motion,

5   and respondents' reply, if any, shall be filed within fifteen days thereafter; and

6        4.  The Clerk of the Court shall serve a copy of this order together with a copy of

7   petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jo Graves,

8   Senior Assistant Attorney General.

9   DATED: 1/4/06

10

11                                    /s/ Gregory G. Hollows

12                                    GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

13  GGH:mp
    giac2494.100fee

14

15

16

17

18

19

20

21

22

23

24

25

26