IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD LAWRENCE GIACOMA,** | CIV S-05-2494 FCD GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **M. VEAL, Acting Warden, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's application for a thirty-day enlargement of time to and including March 6, 2006, to file Respondent's Motion to Dismiss and/or Respondent's Answer to the Petition for Writ of Habeas Corpus, is hereby GRANTED.

Dated: 2/3/06        /s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

giac2494.po

[Proposed] Order

1