IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD LAWRENCE GIACOMA

    Petitioner,                      No. CIV S-05-2494 FCD GGH P

    vs.

M. VEAL, Acting Warden, et al.,

    Respondents.                  ORDER

_____/

        On April 4, 2006, petitioner submitted an inapposite notice that he had not been served a copy of the respondents' reply.  Petitioner's notice was not served on respondent. Petitioner is advised that every document submitted to the court for consideration must be served on respondent. Fed. R. Civ. P. 5; Rule 11, Fed. R. Governing § 2254 Cases.  Documents not to be served electronically are usually served by placing a copy in the U.S. Mail.  If an attorney has filed a document with the court on behalf of respondent, then documents submitted by petitioner must be served on that attorney and not on the respondent himself.  Every document submitted conventionally to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an accurate copy of the document was mailed to respondent or his attorney and the address to which it was mailed.  See Local Rule 5-135(b) and (c).

1

1 As to the substance of petitioner's filing, the filing is inapposite because
2 respondent did not file a reply to petitioner's opposition to the pending motion to dismiss.
3 Respondent has the discretion to choose not to file a reply; neither the Federal Rules of Civil
4 Procedure nor the Local Rules require such a response.
5 Accordingly, IT IS HEREBY ORDERED that petitioner's April 4, 2006 notice
6 will be placed in the court file and disregarded. Petitioner is cautioned that failure to properly
7 serve any documents subsequently filed in this action, and failure to include a proper certificate
8 of service with such filing, will result in a recommendation that this action be dismissed.

DATED: 4/13/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
giac2494.135