IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD LAWRENCE GIACOMA,

    Petitioner,                   No. CIV S-05-2494 FCD GGH P

    vs.

M. VEAL, Acting Warden, et al.,

    Respondents.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's September 21, 2006 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

1  court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford,
2  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

3        Petitioner has made a substantial showing of the denial of a constitutional right in
4  the following issue presented in the instant petition: whether the petition should be barred by the
5  AEDPA statute of limitations.

6        Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is
7  issued in the present action.

8  DATED: October 31, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.