IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD LAWRENCE GIACOMA,

    Petitioner,                    No. CIV S-05-2494 FCD GGH P

    vs.

M. VEAL, Acting Warden, et al.,

    Respondents.              ORDER

_____/

        By <u>Order</u> filed on September 21, 2006, petitioner's petition, pursuant to 28 U.S.C. § 2254, was dismissed upon adjudication of respondent's motion to dismiss the application as barred by the AEDPA statute of limitations, and judgment thereon entered. A certificate of appealability issued on November 1, 2006, following petitioner's October 16, 2006, notice of appeal, and the appeal appears to be pending in the Ninth Circuit. On April 12, 2007, petitioner asked the court in this dismissed habeas action to be granted in forma pauperis status for an action pursuant to 42 U.S.C. § 1983, a matter wholly unrelated to the case at issue.

        If petitioner wishes to proceed, as plaintiff, in an action under 42 U.S.C. § 1983, he must open a new action and file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure. Also, as plaintiff, he must either pay the required filing fee or file an

application requesting leave to proceed in forma pauperis.[1] See 28 U.S.C. §§ 1914(a), 1915(a). Petitioner's inapposite request to be granted in forma pauperis status pursuant to 42 U.S.C. § 1983, in this adjudicated matter, pursuant to 28 U.S.C. § 2254, must be denied. However, the court will direct the Clerk of the Court to provide petitioner with the forms that he may use to proceed in a new action under § 1983.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's inappropriate request to be granted in forma pauperis status to proceed under 42 U.S.C. § 1983 in this adjudicated habeas matter, is denied;

2. The Clerk of the Court is directed to send petitioner the court's form for filing a civil rights action, and the application to proceed in forma pauperis by a prisoner, so that he may seek to proceed in a new action under § 1983;

3. The Clerk of the Court is also directed to note in the docket that the filing of any additional requests by petitioner in this action to be allowed to proceed in forma pauperis in this matter pursuant to 42 U.S.C. § 1983 will be disregarded.

DATED: 6/11/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
giac2494.ord

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.